# |Court of Appeals
# of the State of Georgia

ATLANTA,  August 29, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0062. RICHARD BUTLER v. EDITH BUTLER.**

In 2003, Richard and Edith Butler divorced. The divorce decree provided that Edith Butler was to receive 50 per cent of her husband's pension. In 2004, a stipulated qualified domestic relations order was entered dividing the pension. Richard Butler retired in 2015. Edith Butler sought entry of an amended qualified domestic relations order on the basis that she was receiving 50 per cent of one of two pensions. In 2016, the trial court entered an amended qualified domestic relations order. Richard Butler filed a motion to set aside the order under OCGA § 9-11-60 (d). The trial court denied the motion, and Richard Butler filed this appeal. We, however, lack jurisdiction.

An appeal from an order denying a motion to set aside a judgment under OCGA § 9-11-60 (d) must be made by application for discretionary review.  See OCGA § 5-6-35 (a) (8); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116 (640 SE2d 688) (2006). Appeals in domestic relations cases must also be taken by application for discretionary appeal as required under OCGA § 5-6-35 (a) (2). Richard Butler's failure to file a discretionary application thus deprives this Court of

jurisdiction over this appeal, which is hereby DISMISSED. See id.; *Levison v. Levison*, 247 Ga. 667, 667 (278 SE2d 409) (1981).



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* __08/29/2018__
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*